IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LAMAR ANDERSON,

    Plaintiff,

v.

WARDEN SUE NOVAK,
CORRECTION OFFICER ROHWER,
CORRECTION OFFICER SCHNIEDWIND,
CORRECTION OFFICER HAGEN and
CORRECTION SUPERVISOR LIEUTENANT
SANNEH,

    Defendants.

ORDER

Case No. 20-cv-34-bbc

---

    Plaintiff Lamar Anderson has filed a proposed civil complaint and requested leave to proceed without prepaying the filing fee. To evaluate plaintiff's request to proceed without prepayment of the filing fee, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

    For this case to proceed, plaintiff must submit the certified trust fund account statement no later than February 5, 2020. If I find that plaintiff is indigent, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

    IT IS ORDERED that plaintiff Lamar Anderson may have until February 5, 2020 to submit a trust fund account statement for the period beginning approximately July 14, 2019

and ending approximately January 14, 2020.  If, by February 5, 2020, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily.  In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

    Entered this 15th day of January, 2020.

                  BY THE COURT:

                  /s/
                  PETER OPPENEER
                  Magistrate Judge